REDACTED COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2018 MAY 16  PM 12: 56
CLERK, U S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.: |
| v. | § § | **INDICTMENT** |
| RAMON ROJAS-CASTANEDA | § § § | [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): Illegal Re-entry into the United States.] |

THE GRAND JURY CHARGES:

**DR18CR0970**

COUNT ONE
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about April 19, 2018, in the Western District of Texas, Defendant,

RAMON ROJAS-CASTANEDA,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported and removed from the United States on or about October 19, 2011, and that the Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1)/(2).

A TRUE BILL..

_____
FOREPERSON

JOHN F. BASH
United States Attorney

By: _____
MATTHEW H. WATTERS
Assistant United States Attorney

SEALED:
UNSEALED: XX

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

# DR18CR0970

COUNTY: VAL VERDE                    USAO#: 2018R09518

DATE: MAY 16, 2018                   MAG. CT. #: DR18-3703M

AUSA: MATTHEW H. WATTERS

DEFENDANT: RAMON ROJAS-CASTANEDA

CITIZENSHIP: MEXICO

INTERPRETER NEEDED: YES              LANGUAGE: SPANISH

DEFENSE ATTORNEY: TARA ZEHNER

ADDRESS OF ATTORNEY: 20770 US 281 N #108-192, SAN ANTONIO, TEXAS 78258

DEFENDANT IS: DETAINED               DATE OF ARREST: APRIL 19, 2018

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (CODE & DESCRIPTION): 8 U.S.C. § 1326(A)(1) & (B)(1)/(2) - ILLEGAL REENTRY AFTER DEPORTATION.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: 20 YEARS IMPRISONMENT; A $250,000 FINE; 3 YEARS OF SUPERVISED RELEASE; AND A $100 SPECIAL ASSESSMENT.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3